UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHLOE NELSON,

                              Plaintiff,

            -v-

THE BANC BAR CAFÉ, ET AL,

                            Defendants.

21 Civ. 2011 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      Due to an unforeseen scheduling conflict, the initial pretrial conference scheduled for tomorrow, October 5, 2021, at 10 a.m. is adjourned until Friday, October 8, 2021 at 3 p.m.

      SO ORDERED.

                                            *Paul A. Engelmayer*
                                            Paul A. Engelmayer
                                            United States District Judge

Dated:  October 4, 2021
           New York, New York