UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHLOE NELSON,

                              Plaintiff,              21 Civ. 2011 (PAE)

      -v-

THE BANC BAR CAFÉ, ET AL.,                   ORDER

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict, the case management conference previously scheduled for April 1, 2022, at 11 a.m. is hereby rescheduled to March 31, 2022, at 3 p.m. Because the Court did not receive any pre-motion letters, it will take up the schedule for the proposed final pretrial order and other pretrial submissions at the conference.

      SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   Paul A. Engelmayer
                                                   United States District Judge

Dated: March 23, 2022
       New York, New York