UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHLOE NELSON,

                        Plaintiff,

-v-

THE BANC BAR CAFÉ, ET AL.,

                       Defendants.

21 Civ. 2011 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for March 31, 2022 at 3 p.m. Dkt. 26. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. At least 24 hours before the scheduled teleconference, parties are directed jointly to email Chambers a list of counsel who may be speaking during the teleconference. The email should also set forth the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 29, 2022
       New York, New York