UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
CHLOE NELSON,                                   :
:         21 Civ. 2011 (PAE)
　　　　　　　　　　　Plaintiff,          :
:            ORDER
　　　　　-v-                                        :
:
THE BANC BAR CAFÉ, ET AL,                 :
:
　　　　　　　　　　　Defendants.       :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

- By May 16, 2022, the parties shall submit a proposed Joint Pretrial Order prepared in accordance with the Court's Individual Rules and Practices governing trials, available at https://nysd.uscourts.gov/hon-paul-engelmayer, and Federal Rule of Civil Procedure 26(a)(3), and any motions *in limine*.

- By May 23, 2022, the parties shall submit any oppositions to motions *in limine*.

The Court further set a trial date in this case of July 5, 2022, provided that a criminal trial the Court has scheduled for the same day does not go forward. Finally, by separate order, the Court refers the parties to Judge Aaron for a settlement conference.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 31, 2022
　　　　New York, New York